# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

November 17, 2021

<u>**VIA ECF**</u>
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
Courtroom 18A
New York, NY 10007

    Re:    *Gricelda Carrera Torres et al. v. Oaxaca Williamsburg LLC et al.*
            SDNY Case No.: 1:21-cv-04804 (JPO)
            Our File:    420-20725

Dear Honorable Magistrate Judge Cave:

    We represent Defendants in the above-referenced matter. We write to request an adjournment of the Initial Conference currently scheduled for December 1, 2021, to January 6, 2022, or to another date, which may be convenient to the Court. Defendants' counsel is no longer able to attend a conference on this date, at this time. This represents Defendants' first such request for an adjournment. We have advised Plaintiffs' counsel of our request, and they have granted their kind consent to same.

    We remain available should Your Honor require any additional information concerning this request.

    We thank the Court for its time and consideration.

---

Defendants' request (ECF No. 68) to adjourn the Telephonic Initial Conference scheduled for December 1, 2021 (ECF No. 64) is GRANTED, and the conference is ADJOURNED to **Monday, January 10, 2022 at 10:00 am**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All others terms of the Court's order at ECF No. 64 remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 68.

SO ORDERED        11/18/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge