UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA CARRERA TORRES, individually and on
behalf of others similarly situated, et al.,

                              Plaintiffs,

            -v-                                                    CIVIL ACTION NO.: 21 Civ. 4804 (JPO) (SLC)

                                                                   **ORDER**

OAXACA WILLIAMSBURG LLC, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the initial conference held today, January 10, 2022, the Court orders as follows:

1. By **January 19, 2022**, the parties shall file a joint letter (i) confirming that Defendants have produced time records for Plaintiffs, (ii) advising whether the parties prefer a referral to the Court's Mediation Program or a settlement conference with the Court, and (iii) proposing a briefing schedule for Plaintiffs' anticipated motion for conditional collective certification; and

2. A status conference is scheduled for **Wednesday, June 1, 2022 at 10:00 am** on the Court's conference line. The parties are directed to call: (866)-390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            January 10, 2022                     SO ORDERED.

                                                 _____
                                                 SARAH L. CAVE
                                                 **United States Magistrate Judge**