# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD      SUITE 402      WOODBURY, NY 11797
TELEPHONE: 516.712.4000      FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

February 9, 2022

**_VIA ECF_**
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
Courtroom 18A
New York, NY 10007

> Re:   *Gricelda Carrera Torres et al. v. Oaxaca Williamsburg LLC et al.*
>       *SDNY Case No.: 1:21-cv-04804 (JPO)*
>       *Our File:      420-20725*

Dear Honorable Magistrate Judge Cave:

We represent Defendants in the above-referenced matter. We write on behalf of the parties to inform the Court that mediation in this matter has been scheduled for April 6, 2022. Raymond Mariani will be serving as mediator.

In furtherance of the above, the parties have conferred and request that all discovery in this matter be stayed, pending the outcome of mediation. Once mediation has been completed, the parties will advise the Court of the outcome, and will propose a revised discovery schedule, if necessary.

We remain available should Your Honor require any additional information concerning this request.

We thank the Court for its time and consideration.

Respectfully submitted,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

*Tyler B. Levenson*

Tyler B. Levenson

WOODBURY, NEW YORK  ▪  PURCHASE, NEW YORK

NEW JERSEY  ▪  CONNECTICUT  ▪  FLORIDA  ▪  PENNSYLVANIA

ERG/cb/kd

cc: *via ECF*
Bryan David Robinson, Jr.
Catalina Sojo
CSM Legal P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
Attorneys for Plaintiffs

The parties' request for a stay of discovery (ECF No. 80) is GRANTED, and the discovery deadlines set forth in the Initial Case Management Plan (ECF No. 71) are HELD IN ABEYANCE.  By **April 13, 2022**, the parties shall file joint letter reporting on the status of their settlement discussions and, if appropriate, proposing a schedule for the completion of discovery.  In light of its grant of the stay of discovery, the Court strongly encourages the parties to use their time and resources productively to prepare for and participate in a meaningful mediation.

The Clerk of Court is respectfully directed to close ECF No. 80.

SO ORDERED    2/10/2022

SARAH L. CAVE
United States Magistrate Judge