UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA CARRERA TORRES, individually and on behalf of others similarly situated, et al.,

                Plaintiffs,

-v-

OAXACA WILLIAMSBURG LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 4804 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **April 29, 2022**, the parties shall file a joint letter reporting on the status of their settlement efforts and, if appropriate, proposing a schedule for (i) the completion of any remaining discovery and (ii) the briefing of Plaintiffs' anticipated motion for conditional collective certification.

Dated:      New York, New York
             April 26, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**