UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA CARRERA TORRES, individually and on behalf of others similarly situated, et al.,

          Plaintiffs,

-v-

OAXACA WILLIAMSBURG LLC, et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 4804 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' mediation scheduled for June 21, 2022, the telephone status conference scheduled for June 1, 2022 at 10:00 am (see ECF No. 72) is CANCELLED. All terms of the Court's order at ECF No. 89 remain in effect.

Dated:    New York, New York
            May 31, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**