# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
ATTORNEYS AT LAW

1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

---

> The parties' request (ECF No. 98) for a 45-day stay of this matter is GRANTED. By **October 13, 2022**, the parties shall file a joint letter regarding the LLC Defendants' bankruptcy proceedings.
>
> SO ORDERED      8/30/2022
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

---

*VIA ECF*
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re:   Gricelda Carrera Torres, et al. v. Oaxaca Williamsburg LLC, et al.
      SDNY Case No.:    1:21-cv-04804
      Our File No.:     420-20725

Dear Honorable Magistrate Judge Cave:

We represent Defendants in the above-referenced matter. We write to inform the Court that the limited liability companies involved in this matter as defendants, OAXACA WILLIAMSBURG LLC, OAXACA BEDFORD LLC, OAXACA BEDFORD AVENUE LLC, OAXACA FIRST AVE LLC, OAXACA MURRAY HILL, LLC, OAXACA 33RD STREET LLC, OAXACA HELLS KITCHEN LLC, OAXACA HALSEY LLC, have recently become involved in a Chapter 11 bankruptcy in the United States Bankruptcy Court, Southern District of New York, Case Number 22-11065. We have discussed this issue with Plaintiff's counsel, and pursuant to same, the Parties jointly request the current matter be stayed for a period of at least 45 days from the date of this correspondence, with the expectation that the Parties will update the Court further by October 13, 2022, or as soon as may otherwise become necessary.

We remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

Respectfully submitted,

*John J. Byrnes*

John J. Byrnes

ERG/JJB/kd

cc:   *VIA ECF*
      Bryan David Robinson, Jr., Esq.
      Catalina Sojo, Esq.
      CSM Legal P.C.