# MMP&S
## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
### ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

> Defendants' request (ECF No. 100) for a further 45-day stay of this matter is GRANTED. By **November 28, 2022**, the parties shall file a joint letter regarding the LLC Defendants' bankruptcy proceedings.
>
> The Clerk of Court is respectfully directed to close ECF No. 100.
>
> SO ORDERED 10/14/2022
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

*VIA ECF*
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re:   Gricelda Carrera Torres, et al. v. Oaxaca Williamsburg LLC, et al.
      SDNY Case No.:   1:21-cv-04804
      Our File No.:    420-20725

Dear Honorable Magistrate Judge Cave:

    We represent Defendants in the above-referenced matter. As you are aware, the limited liability companies involved in this matter as defendants, OAXACA WILLIAMSBURG LLC, OAXACA BEDFORD LLC, OAXACA BEDFORD AVENUE LLC, OAXACA FIRST AVE LLC, OAXACA MURRAY HILL, LLC, OAXACA 33RD STREET LLC, OAXACA HELLS KITCHEN LLC, OAXACA HALSEY LLC, have recently become involved in a Chapter 11 bankruptcy in the United States Bankruptcy Court, Southern District of New York, Case Number 22-11065. In light of the recent bankruptcy matter, the parties previously requested a 45-day stay of this matter, which Your Honor granted on August 30, 2022 [Docket Nos. 98 & 99].

    Defendants now request, with Plaintiffs' counsel's consent, that the stay be extended an additional 45 days, so that the parties may continue to attempt to resolve the remaining issues in this matter.

    We remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

Respectfully submitted,

*Tyler B. Levenson*

Tyler B. Levenson

ERG/TBL/kd

cc:   *VIA ECF*
      Bryan David Robinson, Jr., Esq.