UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA CARRERA TORRES, individually and on behalf of others similarly situated, et al.,

Plaintiffs,

-v-

OAXACA WILLIAMSBURG LLC, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 4804 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 14, 2022, the Court granted Defendants' request for a further 45-day stay of this matter and directed the parties to file a joint letter (the "Letter") reporting on the status of their mediation efforts by November 28, 2022. (ECF No. 101 (the "Order")). The parties did not file the Letter in accordance with the Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **November 30, 2022**.

Dated:     New York, New York
           November 29, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**