# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
ATTORNEYS AT LAW

1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

---

> The parties' request (ECF No. 103) for a further 30-day stay of this matter is GRANTED. By **December 30, 2022**, the parties shall file a joint letter regarding their settlement efforts.
>
> The Clerk of Court is respectfully directed to close ECF No. 103.
>
> SO ORDERED 12/1/2022
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

*VIA ECF*
Honorable Magistrate Judge Sarah L.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re:    *Gricelda Carrera Torres, et al. v. Oaxaca Williamsburg LLC, et al.*
       SDNY Case No.:    1:21-cv-04804
       Our File No.:     420-20725

Dear Honorable Magistrate Judge Cave:

We represent Defendants in the above-referenced matter and submit this correspondence jointly with Plaintiffs, pursuant to Your Honor's Order of October 14, 2022. The parties humbly apologize for their delay in providing this further update to the Court, and thank the court for its courtesies regarding same. At this time, issues related to the corporate Defendants' bankruptcy continue to impact this matter, as necessary parties to this action remain subject to a litigation hold. However, the parties are also actively engaged in efforts to determine if a resolution might be reached that would obviate the need for any further litigation of this matter. Pursuant to same, the parties respectfully request that the current stay be extended for an additional 30 days, to December 30, 2022, at which time we will notify the Court either that a resolution has been reached, or the matter should be restored to the Court's calendar for further proceedings.

We remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

Respectfully submitted,

*John J. Byrnes*

John J. Byrnes

JJB/kd

cc:    *VIA ECF*
       Bryan David Robinson, Jr., Esq.
       Catalina Sojo, Esq.
       CSM Legal P.C.