> The parties' request (ECF No. 105) for a further 30-day stay of this matter is GRANTED. By **January 30, 2023**, the parties shall file a joint letter regarding their settlement efforts. If the parties have not finalized their settlement by that time, the Court will schedule a case management conference for February 2023.
>
> The Clerk of Court is respectfully directed to close ECF No. 105.
>
> SO ORDERED 1/3/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

<u>**VIA ECF**</u>
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:    *Gricelda Carrera Torres, et al. v. Oaxaca Williamsburg LLC, et al.*
            SDNY Case No.:    1:21-cv-04804
            Our File No.:      420-20725

Dear Honorable Magistrate Judge Cave:

      We represent Defendants in the above-referenced matter and submit this correspondence jointly with Plaintiffs, pursuant to Your Honor's Order of December 1, 2022. At present, the parties remain engaged in discussions regarding a potential resolution of this matter and respectfully request that the current stay be extended to January 30, 2023, in light of same. The extended stay will allow the parties to conserve important resources while their discussions are ongoing.

      We remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

                                    Respectfully submitted,

                                    *John J. Byrnes*

                                    John J. Byrnes

JJB/lm

cc:    **<u>VIA ECF</u>**
       Bryan David Robinson, Jr., Esq.
       Catalina Sojo, Esq.
       CSM Legal P.C.
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       *Attorneys for Plaintiff*