UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA CARRERA TORRES, individually and on behalf of others similarly situated, et al.,

                Plaintiffs,

-v-

OAXACA WILLIAMSBURG LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 4804 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 109) is GRANTED, and the Court orders as follows:

1. The case management conference scheduled for March 8, 2023 is CANCELLED.

2. By **March 31, 2023**, the parties shall file for the attention of the Honorable J. Paul Oetken a joint letter-motion addressing the fairness and reasonableness of their settlement. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated:      New York, New York
              March 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**