UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRICELDA CARRERA TORRES, *et al.*,
                     Plaintiffs,

-v-

OAXACA WILLIAMSBURG LLC
(D/B/A OAXACA TAQUERIA), *et al.*,
                     Defendants.

21-CV-4804 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (*See* ECF No. 118.) The proposed settlement involves $180,000 to be allocated to Plaintiffs in connection with their FLSA claims. (*Id.* at 2.) One-third of the settlement sum will be collected in attorney's fees and costs. (*See id.* at 3.)

    The Court has reviewed the proposed settlement and finds that it is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at ECF Number 118 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                       J. PAUL OETKEN
                                     United States District Judge